671 A.2d 1042

IN THE MATTER OF MUHAMMED IBN
BASHIR, AN ATTORNEY AT LAW.

March 6, 1996.

## ORDER

The Disciplinary Review Board having on January 17, 1996, filed with the Court its decision concluding that **MUHAMMED IBN BASHIR of ELIZABETH,** who was admitted to the bar of this State in 1987, should be reprimanded for violating *RPC* 1.1(a)

(gross neglect) and *RPC* 1.3 (lack of diligence), and good cause appearing;

It is ORDERED that **MUHAMMED IBN BASHIR** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.